```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 07298
    JEMILLE CECILIA RAY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-4042


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/27/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 09/10/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED           217.93         .00             .00
SPRINT PCS                UNSECURED        NOT FILED         .00             .00
CHOICE CASH               UNSECURED           562.12         .00             .00
CINGULAR WIRELESS CHICAG  UNSECURED        NOT FILED         .00             .00
ENTERPRISE RENT A CAR     UNSECURED        NOT FILED         .00             .00
MCI COMMUNICATION         UNSECURED        NOT FILED         .00             .00
MCI COMMUNICATION         UNSECURED        NOT FILED         .00             .00
CITY OF CHICAGO PARKING   UNSECURED         10264.00         .00             .00
AFFIRMATIVE INSURANCE     UNSECURED        NOT FILED         .00             .00
INSURA                    UNSECURED        NOT FILED         .00             .00
CONSUMER FINANCIAL SERVI  UNSECURED        NOT FILED         .00             .00
CONSUMER PORTFOLIO SERV   UNSECURED         14126.46         .00             .00
CORINTHIAN COLLEGES       UNSECURED        NOT FILED         .00             .00
COMCAST                   UNSECURED        NOT FILED         .00             .00
COMCAST                   UNSECURED        NOT FILED         .00             .00
RJM ACQUISITIONS          UNSECURED            95.36         .00             .00
CRED PROTECTION ASSOCIAT  UNSECURED        NOT FILED         .00             .00
AT&T/SBC/ILLINOIS FACC    UNSECURED        NOT FILED         .00             .00
TCF NATIONAL BANK         UNSECURED        NOT FILED         .00             .00
IQ TELECOM                UNSECURED        NOT FILED         .00             .00
LOAN EXPRESS CO           UNSECURED           155.00         .00             .00
ENTERPRISE RENT A CAR     UNSECURED        NOT FILED         .00             .00
BANK OF AMERICA OPERATIO  UNSECURED        NOT FILED         .00             .00
SAGE TELECOM INC          UNSECURED        NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED         .00             .00
PLAZA FINANCE             UNSECURED        NOT FILED         .00             .00
SJM MARKETING CORP        UNSECURED        NOT FILED         .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           544.00         .00             .00
RMI/MCSI                  UNSECURED           200.00         .00             .00
FAMILY DOLLAR             UNSECURED        NOT FILED         .00             .00
ECMC                      UNSECURED          2975.57         .00             .00
ECMC                      UNSECURED          1397.34         .00             .00
SURETY FINANCIAL SERVICE  UNSECURED        NOT FILED         .00             .00
TRIAD FINANCIAL CORP      UNSECURED         13375.89         .00             .00
TURNER ACCEPTANCE         UNSECURED        NOT FILED         .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 07298 JEMILLE CECILIA RAY
```

```
US BANK                    UNSECURED       NOT FILED          .00          .00
US BANK                    UNSECURED       NOT FILED          .00          .00
SPRINT PCS                 UNSECURED       NOT FILED          .00          .00
ODESSA NICHOLS             NOTICE ONLY     NOT FILED          .00          .00
BALABAN FURNITURE          SECURED          1355.47           .00        52.11
BALABAN FURNITURE          UNSECURED         955.47           .00          .00
BLUE HIPPO FUNDING LLC     SECURED           200.00           .00          .00
BLUE HIPPO FUNDING LLC     UNSECURED       NOT FILED          .00          .00
WEST SUBURBAN AUTO SALES   SECURED VEHIC    2200.00           .00        42.54
B-LINE LLC                 UNSECURED        1378.73           .00          .00
COMMONWEALTH EDISON        UNSECURED         400.87           .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         180.20           .00          .00
AT&T LOAN TRADE            UNSECURED       NOT FILED          .00          .00
GLENDA J GRAY              DEBTOR ATTY     3,374.00                       3.82
TOM VAUGHN                 TRUSTEE                                        8.53
DEBTOR REFUND              REFUND                                          .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 107.00

PRIORITY                                      .00
SECURED                                     94.65
UNSECURED                                     .00
ADMINISTRATIVE                               3.82
TRUSTEE COMPENSATION                         8.53
DEBTOR REFUND                                 .00
                       ---------------    ---------------
TOTALS                  107.00              107.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/29/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 07298 JEMILLE CECILIA RAY